# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

IN RE: § 
 § CASE NO. 05-13611
      Donald Ray Scott § 
 § 
DEBTOR. § 
 § 

## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for Donald Ray Scott, claimant, hereby petitions the Court for $1,397.34, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Donald Ray Scott, creditor. A dividend check in the amount totaling $1,397.34 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed to Donald Ray Scott at 1521 Fairchild St, Baton Rouge, LA 70807. That address is no longer valid. The change of address may have prevented delivery of the original dividend check. Exhibit A is evidence that Donald Ray Scott used the address of Court record.

The creditor's current mailing address, phone and social security/tax identification number are:

    Donald Ray Scott
    5740 Comish Drive
    Baton Rouge, LA 70805
    225-358-1581
    SSN/TIN: ###-##-9894

Claimant now seeks to recover the funds from the Court's Registry. Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of **$1,397.34** made payable to **Donald Ray Scott** c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: June 7, 2010      Respectfully Submitted: _____
                                                                     Brian J. Dilks, Manager
                                                                     Dilks & Knopik, LLC, Attorney in Fact for
                                                                     **Donald Ray Scott**
                                                                     28431 SE Preston Way
                                                                     Issaquah, WA 98027
                                                                     425-836-5728

On 6/7/10 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Caryn M. Dilks, Notary Public
for the State of Washington, County of King
My Commission Expires: July 29, 2010

[Seal]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

RE: Donald Ray Scott

Debtor(s)

Case: 05-13611

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**LIMITED TO ONE TRANSACTION**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Donald Ray Scott** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,397.34** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _Donald Ray Scott_
Donald Ray Scott

Tax ID: XXX-XX-_8894_

Date _May 10_, 20_10_

### ACKNOWLEDGMENT

STATE OF _Louisiana_ )       ~~COUNTY~~ OF _E. Baton Rouge Parish_

On this _10_ day of _May_ _2010_, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) _Donald Ray Scott_ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) (he)/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Catherine Harrison_

Residing at _Baton Rouge, LA_

My Commission expires

CATHERINE HARRISON
NOTARY ID #9377
COMMISSIONED FOR LIFE
NOTARY LIABLE FOR
NOTARIZATION ONLY



# Washington Mutual

Phone: 800-333-9999
Web: www.wamulends.com

```
0049388 01 AB 0.280  **AUTO   T7 0 9009 70807
```
#BWNCLNN
#0904029471911293#
DONALD R SCOTT
1521 FAIRCHILD STREET
BATON LA 70807-4916

| 2001 Taxes Paid: | |
|---|---|
| 2001 Interest Paid: | |

## LOAN STATEMENT

| | |
|---|---|
| Statement Date: | JAN 08, 2002 |
| **Loan Number:** | |
| Current Payment: | |
| Past Due Amounts: | $0.00 |
| Unpaid Late Charges: | $0.00 |
| Credits: | $0.00 |
| Other Charges: | $0.00 |
| TOTAL BILLED THIS STATEMENT: | |
| **Current Payment Due Date:** | FEB 01, 2002 |

| | |
|---|---|
| Principal Balance: | |
| Escrow Balance: | |
| Interest Year-to-Date: | |
| Taxes Year-to-Date: | $0.00 |
| Interest Rate: | |

### IMPORTANT MESSAGES   A SPECIAL NOTE TO DONALD R SCOTT

Making your payment just got easier! Visit us at www.wamulends.com and logon at "My Mortgage Account" to enroll in our free Monthly Automated Payment (MAP) program. Select a draft date from the 1st-10th for your payment to be drafted from your checking or your savings account automatically. The first draft will occur the following month. This on-line service offers added flexibility...after the first draft is made, you can change your payment day up to three business days before your desired posting date. Take advantage of this new service offering that will Simplify Your Life!

| Date | Description | Principal | Interest | Escrow | Late Charges | Opt Products | Fees/Other | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 04/02 | ESC DISB FHA/RBP INS | 0.00 | 0.00 | - | 0.00 | 0.00 | 0.00 | |
| 08/02 | PAYMENT | |  |  | 0.00 | 0.00 | 0.00 | |

Detach Here

Exhibit A
Page 1 of 1